**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **RIGGIN MAIER** <br> **KRYSTA MAIER,** | **CASE NO. 16-40462-JMM** |
| | **OBJECTION TO PROOF OF CLAIM** |
| **Debtor(s)** | |

**TO:**

| | |
|---|---|
| Portfolio Recovery Associates, LLC <br> POB 41067 <br> Norfolk, VA 23541 | Corporation Service Company <br> Registered Agent for <br> Portfolio Recovery Associates, LLC <br> 12550 W. Explorer Dr. Ste. 100 <br> Boise, ID 83713 |

**NOTICE OF TRUSTEE'S OBJECTION TO YOUR PROOF OF CLAIM**

**YOU ARE HEREBY NOTIFIED** that the Trustee of the above estate has filed an objection to your Claim No. 13 filed on August 23, 2016 in this bankruptcy case.

**YOUR CLAIM MAY BE REDUCED, MODIFIED, OR ELIMINATED. You should read these papers carefully and discuss them with your attorney if you have one.**

**YOU ARE HEREBY NOTIFIED** that if you do not want the Court to eliminate or change your claim and you wish to contest the Trustee's Objection to your Proof of Claim, a written reply to the objection, explaining your position, must be filed in duplicate within thirty (30) days from the date that this objection is mailed. You must (1) file the original reply with the U.S. Bankruptcy Court, 550 West Fort Street, MSC 042, Boise, ID 83724; and (2) mail a copy to the Trustee. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the end of the (30) day period.

**YOU ARE FURTHER NOTIFIED** that if the objection is a matter which can be corrected by filing an amended claim then you may do so prior to the expiration of the thirty (30) day period.

<u>Failure to file a written reply will result in the Trustee requesting that the Court enter an Order Disallowing the Claim to the extent objected to.</u>

**OBJECTION: The Trustee objects to the allowance of your claim for the following reason(s):**

|   | The Confirmed Chapter 13 Plan in this case provides for the surrender of this creditor's collateral. The creditor filed a bifurcated claim for a secured portion and an unsecured portion. The secured portion of this claim should be disallowed for purposes of distribution by the trustee and the unsecured portion should be allowed. |
|---|---|

DATED: June 5, 2018

/s/ Kathleen McCallister
**Chapter 13 Trustee**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 5, 2018, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

**Alexandra Caval**
Attorney at Law
alex@cavallawoffice.com

**AND I FUTHER CERTIFY** that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via First Class mail, postage prepaid addressed as follows:

**Creditor's POC Notice Address**
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

**Debtor's Address**
Riggin and Krysta Maier
1529 E. 900 N.
Jackson, ID 83350

**Creditor's Registered Agent Address**
Corporation Service Company
Registered Agent for Portfolio Recovery Associates, LLC
12550 W. Explorer Dr., Ste. 100
Boise, ID 83713

/s/Joseph Ammirati
**Joseph Ammirati, Case Analyst**